### 3740.    CAMPBELL *v.* ALKAHEST LYCEUM SYSTEM.

HILL, C. J.    1. The written contract sued upon was complete and unambiguous and explicit as to terms. The presiding judge did not err in striking that portion of the answer which attempted to ingraft upon the express terms of the written contract, by parol, inconsistent terms and conditions. Civil Code (1910), § 5788; *Fleming* v. *Satterfield,* 4 *Ga. App.* 351 (61 S. E. 518).

2. The contract was signed in the name of the corporation, with the letters "L. S." affixed, intended as the seal of the corporation. The evidence showed that it was executed for the corporation by its president, who was authorized to make the contract for the corporation. Besides, the corporation was endeavoring to enforce it. There was no error in admitting the contract in evidence.

3. The evidence demanded the verdict as directed, and the writ of error is so clearly without merit that the judgment is affirmed and the motion for ten per cent. damages allowed.

*Judgment affirmed, with damages.*

DECIDED APRIL 2, 1912.

Complaint; from city court of Monroe—Judge Stone. August 19, 1911.

*Walker & Roberts,* for plaintiff in error.

*Napier & Cox,* contra.

---

### 3803.    FLANDERS *v.* SAILORS.

POTTLE, J.    There being evidence of some facts and circumstances sufficient to authorize a finding that the plaintiff was not a bona fide purchaser for value, before maturity, of the acceptance sued on, and it appearing that the defendant had paid all that the property for which the acceptance was given was worth, the plea of failure of consideration was not without evidence to support it, and the refusal of the judge of the superior court to set aside on certiorari the fourth consecutive verdict in favor of the defendant will not be disturbed, although there were minor errors committed during the trial in the magistrate's court.

*Judgment affirmed.*

DECIDED APRIL 2, 1912.

Certiorari; from Jackson superior court—Judge Brand. August 29, 1911.

*A. C Brown,* for plaintiff.    *P. Cooley,* for defendant.